# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1982. JEFFREY T. POWELL v. STATE OF GEORGIA.

On May 7, 2026, Jeffrey T. Powell filed a notice of appeal indicating his wish to appeal three trial court orders in this civil forfeiture action. Two of those orders were entered on January 8, 2026, and the third was entered on January 13. However, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Powell's notice of appeal was filed approximately three months after entry of the orders he wishes to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/14/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*